| | |
|---|---|
| | Honorable John C. Coughenour |

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KEITH WALKER, individually, and as a parent and guardian for D.W., and CLEMENCIA WALKER, | No. C08-0549-JCC |
| Plaintiffs, | ORDER |
| v. | |
| KING COUNTY, a municipal corporation, acting through the KING COUNTY SHERIFF'S OFFICE, and MARYLISA PRIEBE-OLSON, and PAUL AIO, and the STATE OF WASHINGTON, by and through its agency, CHILD PROTECTIVE SERVICES, and EDGAR DUBOSE, | |
| Defendants. | |

This matter comes before the Court *sua sponte*. It has come to the Court's attention that many of the documents in the record reference a minor by his full name and some of these documents reference his date of birth. Under the Federal Rules of Civil Procedure and this Court's General Orders, all filings must redact minors' names down to their initials and must redact dates of birth down to the year. *See* FED. R. CIV. P. 5.2; Public Access to Electronic Case Files (May 29, 2003), *available at* http://www.wawd.uscourts.gov/documents/Reference Materials/GeneralOrders/5-29-03GeneralOrderrePublicAccesstoElectronicCaseFiles.pdf.

ORDER – 1

1       Three of the Court's prior orders (Dkt. Nos. 26, 31, 32) have included the minor's full name. These orders have been sealed, and redacted versions will be issued forthwith.

      The parties will also be required to re-file redacted versions of any offending documents. To aid in this process, the parties are DIRECTED to jointly submit by Monday, March 23, 2009, a list of documents, along with their corresponding docket numbers, that include any minor's full name or any date of birth. Once the parties have identified the offending documents, the Court will issue an order sealing those documents, and the parties will be directed to re-file redacted versions.

      DATED this 16th day of March, 2009.

                                                                John C. Coughenour
                                                               United States District Judge