# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| KEITH WALKER, individually, and as parent and guardian for D.W., and CLEMENCIA WALKER<br><br>      Plaintiff,<br><br>v.<br><br>KING COUNTY, a municipal corporation acting through the KING COUNTY SHERIFF'S OFFICE, and MARYLISA PRIEBE-OLSON and PAUL AIO, and the STATE OF WASHINGTON by and through its agency, CHILD PROTECTIVE SERVICES, and EDGAR DUBOSE,<br><br>      Defendants. | NO. C08-0549-JCC<br><br>ORDER GRANTING AGREED MOTION TO EXTEND MEDIATION DEADLINE |

IT IS HEREBY ORDERED that the mediation deadline in the above-captioned case is continued from January 9, 2009, to April 1, 2009.

DATED this 15th day of January, 2009.

_/s/ John C. Coughenour_
JOHN C. COUGHENOUR
UNITED STATES DISTRICT JUDGE

ORDER GRANTING AGREED MOTION
TO EXTEND MEDIATION DEADLINE
NO. C08-0549-JCC

1

ATTORNEY GENERAL OF WASHINGTON
TORT CLAIMS DIVISION
1019 Pacific Avenue, 3rd Floor
P.O. Box 2317
Tacoma, WA 98401-2317
(253) 593-5243