Honorable John C. Coughenour

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KEITH WALKER, individually, and as a parent and guardian for D.W., and CLEMENCIA WALKER,

Plaintiffs,

v.

KING COUNTY, a municipal corporation, acting through the KING COUNTY SHERIFF'S OFFICE, and MARYLISA PRIEBE-OLSON, and PAUL AIO, and the STATE OF WASHINGTON, by and through its agency, CHILD PROTECTIVE SERVICES, and EDGAR DUBOSE,

Defendants.

No. C08-0549-JCC

ORDER

This matter comes before the Court *sua sponte*. On March 16, 2009, the Court noted that some of the documents in the record reference a minor by his full name and identify his date of birth. (Dkt. No. 40.) The Court directed the parties to jointly submit a list of offending documents (*id.*), which they provided on March 18, 2009. (Dkt. No. 44.)

Because the rules governing the use of a minor's full name and date of birth are designed to protect the minor's privacy, the Court has determined that the minor, through his legal guardian, should be allowed to waive the protection of these rules if so desired. Accordingly,

ORDER – 1

1 | Plaintiff Keith Walker, the minor's legal guardian (*see* Am. Compl. 2 (Dkt. No. 8-2)), is
2 | DIRECTED to inform the Court by Monday, April 6, 2009, as to whether the minor consents to
3 | leaving the filings on the docket as they stand.
4 |     If the minor does not consent, the Court will issue an order sealing the offending
5 | documents, and the parties will be directed to re-file redacted versions.
6 |     DATED this 1st day of April, 2009.

                                                    John C. Coughenour
                                                    UNITED STATES DISTRICT JUDGE