Honorable John C. Coughenour

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KEITH WALKER, individually, and as a parent and guardian for D.W., and CLEMENCIA WALKER,<br><br>Plaintiffs,<br><br>v.<br><br>KING COUNTY, a municipal corporation, acting through the KING COUNTY SHERIFF'S OFFICE, and MARYLISA PRIEBE-OLSON, and PAUL AIO, and the STATE OF WASHINGTON, by and through its agency, CHILD PROTECTIVE SERVICES, and EDGAR DUBOSE,<br><br>Defendants. | No. C08-0549-JCC<br><br>ORDER |

This matter comes before the Court on Defendants State of Washington and Edgar Dubose's Motion for Partial Summary Judgment and Remand. (Dkt. No. 37.) On March 16, 2009, the Court received notice that "Walker v. State of Washington, Child Protective Services, and Edgar Dubose has been resolved." (Dkt. No. 45.) Accordingly, the motion (Dkt. No. 37) is DENIED AS MOOT.

DATED this 1st day of April, 2009.

John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER – 1